■ In the Matter of WILFREDO G., a Person Alleged to be a Juvenile Delinquent, Appellant. [747 NYS2d 370]

The record establishes that the court's placement of appellant was the least restrictive alternative consistent with his needs and the needs of the community (*see Matter of Katherine W.*, 62 NY2d 947), in view of appellant's serious behavioral problems at home and in school. The court properly relied upon professional evaluations by a psychologist and a probation officer as to appellant's need for placement. Concur—Mazzarelli, J.P., Andrias, Buckley, Sullivan and Lerner, JJ.